UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS INC.,<br><br>           Plaintiff(s),<br><br>     v.<br><br>HERBERT ENTERPRISES LLC,<br><br>           Defendant(s). | No. C03-4935 CW (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1  The party seeking discovery shall request a conference in a
2  letter served on all parties not exceeding two pages (with
3  no attachments) which briefly explains the nature of the
4  action and the issues in dispute.  Other parties may reply
5  in similar fashion within two days of receiving the letter
6  requesting the conference.  The Court will contact the
7  parties to schedule the conference.
8       After the conference with the Court, if filing papers
9  is deemed necessary, they should be filed **electronically**
10 **filed** with the Clerk's Office, with **one hard copy delivered**
11 **directly to Magistrate Judge Zimmerman's Chambers (Room 15-**
12 **6688)**.  A chambers copy of all briefs shall be submitted on
13 a diskette formatted in WordPerfect 6, 8, 9 or 10.  The
14 diskette shall be scanned for virus before submission.
15 Dated: June 22, 2005

                 /s/ Bernard Zimmerman
                    Bernard Zimmerman
                United States Magistrate Judge

G:\BZALL\-REFS\ELECTRONIC ARTS\INITIAL DISCOVERY.ORDER.wpd

2