| | |
|---|---|
| 1 | LAW OFFICES OF NEIL L. SHAPIRO |
| | NEIL L. SHAPIRO (SBN 051547) |
| 2 | 2100 Garden Road, Suite C301 |
| | Monterey, California  93940 |
| 3 | Telephone:  (831) 372-3700 |
| | Facsimile:   (831) 372-3701 |
| 4 | |
| | Attorneys for ELECTRONIC ARTS INC., SONY |
| 5 | MUSIC ENTERTAINMENT, INC., SONY |
| | COMPUTER ENTERTAINMENT AMERICA, INC., |
| 6 | RANDOM HOUSE, INC., WAL-MART STORES, |
| | INC., COMPUSA, INC., ELECTRONICS BOUTIQUE, |
| 7 | INC., and BEST BUY STORES, L.P |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | | |
| 12 | ELECTRONIC ARTS INC., | No. C 03-04935 CW |
| | Plaintiff, | |
| 13 | v. | No. C 04-03180 ~~RS~~ CW |
| 14 | HERBERT ENTERPRISES, LLC, a Washington Limited Liability Company, and HERBERT | STIPULATION FOR LIMITED EXTENSION OF CLOSE OF NON-EXPERT DISCOVERY, |
| 15 | LIMITED PARTNERSHIP, a Washington Limited Partnership, | DISCLOSURES OF EXPERTS, AND EXPERT DISCOVERY |
| 16 | Defendants. | |
| 17 | | |
| 18 | | |
| 19 | HERBERT LIMITED PARTNERSHIP, | |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | | |
| 23 | SONY MUSIC ENTERTAINMENT, INC., *et al*., | |
| | Defendants. | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION FOR LIMITED EXTENSION OF CLOSE OF NON-EXPERT DISCOVERY,
DISCLOSURES OF EXPERTS, AND EXPERT DISCOVERY
CASE NO. C 03-04935 CW AND CASE NO. C 04-03180 RS

1        IT IS HEREBY STIPULATED AND AGREED by and among Herbert Limited
2 Partnership, Electronic Arts Inc., Random House, Inc., Sony Music Entertainment, Inc., Sony
3 Computer Entertainment America, Inc., Universal City Studios LLLP, Universal Studios
4 Licensing LLLP, Wal-Mart Stores, Inc., CompUSA, Inc., Electronics Boutique, Inc., and Best
5 Buy Stores, L.P., as follows:
6        The July 31, 2005, date for close of non-expert discovery, set by the Court at the
7 Case Management Conference, shall be extended to August 4, 2005, for the responses of
8 Electronic Arts Inc., Sony Computer Entertainment America, Inc., Wal-Mart Stores, Inc.,
9 CompUSA, Inc., Electronics Boutique, Inc., and Best Buy Stores, L.P., to Interrogatories and to
10 Requests for the Production of Documents, and to August 31, 2005, for the deposition of Mary
11 Alice Kier;
12        The August 15, 2005, date for expert disclosures, set by the Court at the Case
13 Management Conference, shall be extended to August 31, 2005; and
14        The September 30, 2005, date for close of expert discovery, set by the Court at the
15 Case Management Conference, shall be extended to October 15, 2005.
16
17 Dated: July 20, 2005        DONALDSON & HART
       JOSEPH F. HART
18
19
20        By_____/s/_____
       Attorneys for HERBERT LIMITED
       PARTNERSHIP
21
22
23
24
25
26

| | | |
|---|---|---|
| 1 | Dated: July 20, 2005 | LAW OFFICES OF NEIL L. SHAPIRO<br>NEIL L. SHAPIRO |
| 2 | | |
| 3 | | |
| 4 | | By_____/s/_____ |
| 5 | | Attorneys for ELECTRONIC ARTS INC., SONY MUSIC ENTERTAINMENT, INC., SONY COMPUTER |
| 6 | | ENTERTAINMENT AMERICA, INC., RANDOM HOUSE, INC., WAL-MART |
| 7 | | STORES, INC., COMPUSA, INC., ELECTRONICS BOUTIQUE, INC., and |
| 8 | | BEST BUY STORES, L.P. |
| 9 | | |
| 10 | Dated: July 20, 2005 | KMZ ROSENMAN<br>DAVID HALBERSTADTER |
| 11 | | |
| 12 | | |
| 13 | | By_____/s/_____<br>Attorneys for UNIVERSAL CITY |
| 14 | | STUDIOS LLLP and UNIVERSAL<br>STUDIOS LICENSING LLLP |

## ORDER

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: July 21, 2005

/s/ CLAUDIA WILKEN
_____
United States District Judge

3

STIPULATION FOR LIMITED EXTENSION OF CLOSE OF NON-EXPERT DISCOVERY,
DISCLOSURES OF EXPERTS, AND EXPERT DISCOVERY
CASE NO. C 03-04935 CW AND CASE NO. C 04-03180 RS