UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> HERBERT ENTERPRISES LLC, <br><br> Defendant(s). | No. C03-4935 CW (BZ) <br><br> **SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that any opposition to Herbert's Motion For Protective Order shall be filed by **August 15, 2005.** Any reply shall be filed by **August 22, 2005.** If the court concludes that a hearing is necessary, it will occur on **September 7, 2005, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: August 3, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ELECTRONIC ARTS\DISCOVERY3.ORDER.wpd

1