1    LAW OFFICES OF NEIL L. SHAPIRO
     NEIL L. SHAPIRO (SBN 051547)
2    2100 Garden Road, Suite C301
     Monterey, California  93940
3    Telephone:  (831) 372-3700
     Facsimile:   (831) 372-3701
4
     Attorneys for ELECTRONIC ARTS INC., SONY
5    MUSIC ENTERTAINMENT, INC., SONY
     COMPUTER ENTERTAINMENT AMERICA, INC.,
6    RANDOM HOUSE, INC., WAL-MART STORES,
     INC., COMPUSA, INC., ELECTRONICS BOUTIQUE,
7    INC., and BEST BUY STORES, L.P

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| ELECTRONIC ARTS INC., | No. C 03-04935 CW |
| Plaintiff, | No. C 04-03180 RS |
| v. | STIPULATION FOR LIMITED EXTENSION OF CLOSE OF CERTAIN DISCOVERY |
| HERBERT ENTERPRISES, LLC, a Washington Limited Liability Company, and  HERBERT LIMITED PARTNERSHIP, a Washington Limited Partnership, | |
| Defendants. | |
| | |
| HERBERT LIMITED PARTNERSHIP, | |
| Plaintiff, | |
| v. | |
| SONY MUSIC ENTERTAINMENT, INC., *et al.*, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1    IT IS HEREBY STIPULATED AND AGREED by and among Herbert Limited

2    Partnership, Electronic Arts Inc., Random House, Inc., Sony Music Entertainment, Inc., Sony

3    Computer Entertainment America, Inc., Universal City Studios LLLP, Universal Studios

4    Licensing LLLP, Wal-Mart Stores, Inc., CompUSA, Inc., Electronics Boutique, Inc., and Best

5    Buy Stores, L.P., as follows:

6        The July 31, 2005, date for close of discovery, set by the Court at the Case

7    Management Conference, shall be extended to August 31, 2005, for the responses of defendants

8    to requests for the production of documents and the actual production of documents, for the

9    depositions of Universal City Studios LLP and Electronic Arts Inc. pursuant to F.R.Civ.P. rule

10   30(b)(6) (subject to the objections of those parties to the deposition notices), and the responses of

11   Herbert Limited Partnership to the second sets of interrogatories and document requests from

12   Electronic Arts.  The responses of Herbert Limited Partnership to interrogatories and requests for

13   documents from Universal shall be served, without objections, on or before August 5, 2005.

14

15   Dated:  July __, 2005                        DONALDSON & HART
                                                  JOSEPH F. HART

16

17

18                                               By_____
                                                    Attorneys for HERBERT LIMITED
                                                    PARTNERSHIP
19

20   Dated:  July __, 2005                        LAW OFFICES OF NEIL L. SHAPIRO
                                                  NEIL L. SHAPIRO

21

22

23                                               By_____
                                                    Attorneys for ELECTRONIC ARTS
                                                 INC., SONY MUSIC ENTERTAINMENT,
24                                               INC., SONY COMPUTER
                                                 ENTERTAINMENT AMERICA, INC.,
25

26

2

STIPULATION FOR LIMITED EXTENSION OF CLOSE OF NON-EXPERT DISCOVERY,
DISCLOSURES OF EXPERTS, AND EXPERT DISCOVERY
CASE NO. C 03-04935 CW AND CASE NO. C 04-03180 RS

Doc #:LAX01 (206172-00302) 31261511v1-08/02/2005/Time:11:29

1           IT IS HEREBY STIPULATED AND AGREED by and among Herbert Limited

2   Partnership, Electronic Arts Inc., Random House, Inc., Sony Music Entertainment, Inc., Sony

3   Computer Entertainment America, Inc., Universal City Studios LLLP, Universal Studios

4   Licensing LLLP, Wal-Mart Stores, Inc., CompUSA, Inc., Electronics Boutique, Inc., and Best

5   Buy Stores, L.P., as follows:

6           The July 31, 2005, date for close of discovery, set by the Court at the Case

7   Management Conference, shall be extended to August 31, 2005, for the responses of defendants

8   to requests for the production of documents and the actual production of documents, for the

9   depositions of Universal City Studios LLP and Electronic Arts Inc. pursuant to F.R.Civ.P. rule

10  30(b)(6) (subject to the objections of those parties to the deposition notices), and the responses of

11  Herbert Limited Partnership to the second sets of interrogatories and document requests from

12  Electronic Arts. The responses of Herbert Limited Partnership to interrogatories and requests for

13  documents from Universal shall be served, without objections, on or before August 5, 2005.

14

15  Dated: July 29, 2005                                DONALDSON & HART
                                                        JOSEPH F. HART

16

17

18                                                      By _____
                                                        Attorneys for HERBERT LIMITED
19                                                      PARTNERSHIP

20

21  Dated: July 1, 2005                                LAW OFFICES OF NEIL L. SHAPIRO
                                                        NEIL L. SHAPIRO
22

23

24                                                      By _____
                                                        Attorneys for ELECTRONIC ARTS
25                                                      INC., SONY MUSIC ENTERTAINMENT,
                                                        INC., SONY COMPUTER
26                                                      ENTERTAINMENT AMERICA, INC.,

                                        2

1   Dated:  August 2, 2005

2

3

4

5

6

7

8

9

10

11

12

13

14   Dated:  August 10, 2005

15

16

17

18

19

20

21

22

23

24

25

26

KATTEN MUCHIN ROSENMAN LLP
DAVID HALBERSTADTER
KRISTIN HOLLAND
MARLYN GATES
TIFFANY HOFELDT


By _____
Attorneys for UNIVERSAL CITY
STUDIOS LLLP and UNIVERSAL
STUDIOS LICENSING LLLP


## ORDER

Based upon the foregoing Stipulation, IT IS SO ORDERED.


_____
United States District Judge

IT IS SO ORDERED

Judge Claudia Wilken

3

STIPULATION FOR LIMITED EXTENSION OF CLOSE OF NON-EXPERT DISCOVERY,
DISCLOSURES OF EXPERTS, AND EXPERT DISCOVERY
CASE NO. C 03-04935 CW AND CASE NO. C 04-03180 RS