UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELECTRONIC ARTS INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C03-4935 CW (BZ) |
| | ) | |
| v. | ) | **ORDER GRANTING THE** |
| | ) | **MOTION OF HERBERT** |
| HERBERT ENTERPRISES LLC, et al. | ) | **LIMITED PARTNERSHIP** |
| | ) | **FOR A PROTECTIVE ORDER** |
| Defendant(s). | ) | |
| | ) | |

No opposition having been filed, **IT IS HEREBY ORDERED** that the motion of Herbert Limited Partnership for a protective order to limit number and use of depositions is **GRANTED.** Herbert Limited Partnership must file a proposed order by Friday, August 29, 2005.

Dated: August 23, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ELECTRONIC ARTS\PROT.ORD.wpd

1