UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELECTRONIC ARTS INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C03-4935 CW (BZ) |
| | ) | |
| v. | ) | |
| | ) | **BRIEFING ORDER** |
| HERBERT ENTERPRISES LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| _____ | ) | |

The court has been advised that the plaintiff did not receive the court's scheduling order dated August 3, 2005 which is why it filed no opposition to defendant's motion. Plaintiff suggested that its letter dated July 27, 2005 be deemed an opposition.  However none of the factual assertions in that letter are under oath.  **IT IS THEREFORE ORDERED** as follows:

1.  The order granting the motion of Herbert Limited Partnership for a protective order is **VACATED.**

2.  Plaintiff shall file any opposition by **September 2, 2005.**  Any reply shall be filed by **September 9, 2005.**  If the court deems oral argument necessary it will occur on **September**

1

1    **21, 2005 at 10:00 a.m.**

2    Dated:   August 24, 2005

3

4    _____

5            Bernard Zimmerman
         United States Magistrate Judge

6

7    G:\BZALL\-REFS\ELECTRONIC ARTS\DISCOVERY4.ORDER.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28