1  LAW OFFICES OF NEIL L. SHAPIRO
   NEIL L. SHAPIRO (SBN 051547)
2  2100 Garden Road, Suite C301
   Monterey, California  93940
3  Telephone:  (831) 372-3700
   Facsimile:   (831) 372-3701
4
   Attorneys for ELECTRONIC ARTS INC., SONY
5  MUSIC ENTERTAINMENT, INC., SONY
   COMPUTER ENTERTAINMENT AMERICA, INC.,
6  RANDOM HOUSE, INC., WAL-MART STORES,
   INC., COMPUSA, INC., ELECTRONICS BOUTIQUE,
7  INC., and BEST BUY STORES, L.P

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| 12  ELECTRONIC ARTS INC., | No. C 03-04935 CW |
| 13        Plaintiff,<br>      v. | No. C 04-03180 CW |
| 14  HERBERT ENTERPRISES, LLC, a Washington<br>Limited Liability Company, and  HERBERT<br>15  LIMITED PARTNERSHIP, a Washington<br>Limited Partnership,<br>16<br>        Defendants.<br>17 | STIPULATION AND ORDER FOR FURTHER LIMITED EXTENSION OF CLOSE OF NON-EXPERT DISCOVERY,  DISCLOSURES OF EXPERTS, AND EXPERT DISCOVERY |
| 18 | |
| 19  HERBERT LIMITED PARTNERSHIP, | |
| 20        Plaintiff, | |
| 21        v. | |
| 22<br>23  SONY MUSIC ENTERTAINMENT, INC., *et al*.,<br>        Defendants.<br>24 | |
| 25 | |
| 26 | |

1  IT IS HEREBY STIPULATED AND AGREED by and among Herbert Limited
2  Partnership, Electronic Arts Inc., Random House, Inc., Sony Music Entertainment, Inc., Sony
3  Computer Entertainment America, Inc., Universal City Studios LLLP, Universal Studios
4  Licensing LLLP, Wal-Mart Stores, Inc., CompUSA, Inc., Electronics Boutique, Inc., and Best
5  Buy Stores, L.P., as follows:
6  The dates for completion of non-expert discovery, disclosure of experts and
7  expert discovery originally set by the Court at the Case Management Conference and thereafter
8  extended by Orders of the Court entered following stipulation of the parties shall be extended
9  further, as follows:
10  The dates for the close of non-expert discovery shall be extended as follows:  to
11  August 26, 2005, for the responses of Wal-Mart Stores, Inc., CompUSA, Inc., and Electronics
12  Boutique, Inc., to Interrogatories and to Requests for the Production of Documents; and to
13  September 30, 2005, for the depositions of Electronic Arts Inc. and Universal Studios Licensing
14  LLLP pursuant to Federal Rule of Civil Procedure 30(b)(6), subject to the objections of
15  Electronic Arts, Inc. and Universal Studios Licensing LLLP, and for the deposition of Mary
16  Alice Kier;
17  The August 31, 2005, date for expert disclosures shall be extended to September
18  30, 2005 (and the deadline for counter-designations to October 30, 2005, in accordance with the
19  provisions of Federal Rule of Civil Procedure 26); and
20  The October 15, 2005, date for close of expert discovery, set by the Court at the
21  Case Management Conference, shall be extended to November 15, 2005.

22  Dated:  August __, 2005            DONALDSON & HART
                                        JOSEPH F. HART
23
24

25                                      By_____/s/_____
                                           Attorneys for HERBERT LIMITED
26                                         PARTNERSHIP

| | | |
|---|---|---|
| 1 | Dated: August __, 2005 | LAW OFFICES OF NEIL L. SHAPIRO<br>NEIL L. SHAPIRO |
| 2 | | |
| 3 | | |
| 4 | | By____/s/_____ |
| 5 | | Attorneys for ELECTRONIC ARTS INC., SONY MUSIC ENTERTAINMENT, INC., SONY COMPUTER |
| 6 | | ENTERTAINMENT AMERICA, INC., RANDOM HOUSE, INC., WAL-MART |
| 7 | | STORES, INC., COMPUSA, INC., ELECTRONICS BOUTIQUE, INC., and |
| 8 | | BEST BUY STORES, L.P. |
| 9 | | |
| 10 | Dated: August __, 2005 | KATTEN MUCHIN ROSENMAN<br>DAVID HALBERSTADTER |
| 11 | | |
| 12 | | |
| 13 | | By____/s/_____<br>Attorneys for UNIVERSAL CITY |
| 14 | | STUDIOS LLLP and UNIVERSAL STUDIOS LICENSING LLLP |

**ORDER**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: August 30, 2005     /s/ CLAUDIA WILKEN
_____
United States District Judge