UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS INC.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>HERBERT ENTERPRISES LLC, et al.<br><br>       Defendant(s). | No. C03-4935 CW (BZ)<br><br>**ORDER DENYING THE MOTION OF HERBERT LIMITED PARTNERSHIP FOR A PROTECTIVE ORDER** |

    Now before me is the motion of Herbert Limited Partnership (Herbert) for a protective order to limit number and use of depositions. For the following reasons, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

    1.  Herbert has not shown that the notice given for the depositions of Richard Heller and Matthew Bialer is inadequate. There was sufficient communication between the parties to keep Herbert appraised of the deposition schedule well in advance of July 20.

    2.  Herbert has not shown that a deposition scheduled to start at 9:00 a.m. is unreasonable, given that the witness's schedule necessitated an early morning start time, and that

1

1 the parties were attempting to depose 2 witnesses in one day.
2 On July 14, Herbert had the opportunity to object to the
3 deposition time--did not do so--but arranged to attend the
4 depositions by phone.
5     3.  Herbert's objection to the number of depositions is
6 unfounded.  There is nothing before the Court to show that
7 Universal City Studios and Electronic Arts have taken more
8 than ten depositions.
9 Dated: September 14, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ELECTRONIC ARTS\DENYING.PROT.ORD.wpd