| | |
|---|---|
| 1 | LAW OFFICES OF NEIL L. SHAPIRO |
| | NEIL L. SHAPIRO (SBN 051547) |
| 2 | 2100 Garden Road, Suite C301 |
| | Monterey, California  93940 |
| 3 | Telephone:  (831) 372-3700 |
| | Facsimile:   (831) 372-3701 |
| 4 | |
| | Attorneys for ELECTRONIC ARTS INC., SONY |
| 5 | MUSIC ENTERTAINMENT, INC., SONY |
| | COMPUTER ENTERTAINMENT AMERICA, INC., |
| 6 | RANDOM HOUSE, INC., WAL-MART STORES, |
| | INC., COMPUSA, INC., ELECTRONICS BOUTIQUE, |
| 7 | INC., and BEST BUY STORES, L.P |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELECTRONIC ARTS INC., | | |
| | Plaintiff, | No. C 03-04935 CW |
| v. | | No. C 04-03180 CW |
| HERBERT ENTERPRISES, LLC, a Washington Limited Liability Company, and HERBERT LIMITED PARTNERSHIP, a Washington Limited Partnership, | | STIPULATION AND ORDER FOR FURTHER LIMITED EXTENSION OF CLOSE OF NON-EXPERT DISCOVERY,  AND EXTENSION OF DEADLINE FOR DISPOSITIVE MOTIONS |
| | Defendants. | |
| HERBERT LIMITED PARTNERSHIP, | | |
| | Plaintiff, | |
| v. | | |
| SONY MUSIC ENTERTAINMENT, INC., *et al*., | | |
| | Defendants. | |

1  IT IS HEREBY STIPULATED AND AGREED by and among Herbert Limited
2  Partnership, Electronic Arts Inc., Random House, Inc., Sony Music Entertainment, Inc., Sony
3  Computer Entertainment America, Inc., Universal City Studios LLLP, Universal Studios
4  Licensing LLLP, Wal-Mart Stores, Inc., CompUSA, Inc., Electronics Boutique, Inc., and Best
5  Buy Stores, L.P., as follows:
6  The dates for completion of non-expert discovery, disclosure of experts and
7  expert discovery originally set by the Court at the Case Management Conference and thereafter
8  extended by Orders of the Court entered following stipulation of the parties shall be extended
9  further, as follows:
10  The dates for the close of non-expert discovery shall be extended as follows:  to
11  October 31, 2005, for the depositions of Electronic Arts Inc. and Universal Studios Licensing
12  LLLP pursuant to Federal Rule of Civil Procedure 30(b)(6), subject to the objections of
13  Electronic Arts, Inc. and Universal Studios Licensing LLLP, and for the deposition of Mary
14  Alice Kier;
15  The last date for hearing dispositive motions, set by the Court at the Case
16  Management Conference for November 18, 2005, shall be extended to December 16, 2005.
17
18  Dated:  September 29, 2005                          DONALDSON & HART
                                                        JOSEPH F. HART
19
20
21                                                      By_____/s/_____
                                                           Attorneys for HERBERT LIMITED
                                                           PARTNERSHIP
22
23
24
25
26

2

| | | |
|---|---|---|
| 1 | Dated: September 29, 2005 | LAW OFFICES OF NEIL L. SHAPIRO<br>NEIL L. SHAPIRO |
| 2 | | |
| 3 | | |
| 4 | | By_____/s/_____ |
| 5 | | Attorneys for ELECTRONIC ARTS INC., SONY MUSIC ENTERTAINMENT, INC., SONY COMPUTER |
| 6 | | ENTERTAINMENT AMERICA, INC., RANDOM HOUSE, INC., WAL-MART |
| 7 | | STORES, INC., COMPUSA, INC., ELECTRONICS BOUTIQUE, INC., and |
| 8 | | BEST BUY STORES, L.P. |
| 9 | | |
| 10 | Dated: September 29, 2005 | KATTEN MUCHIN ROSENMAN<br>DAVID HALBERSTADTER |
| 11 | | |
| 12 | | |
| 13 | | By_____/s/_____<br>Attorneys for UNIVERSAL CITY |
| 14 | | STUDIOS LLLP and UNIVERSAL STUDIOS LICENSING LLLP |

## ORDER

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: ~~September~~ 10/03 __, 2005    _____
United States District Judge

*IT IS SO ORDERED*
*Judge Claudia Wilken*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

3

STIPULATION AND ORDER FOR FURTHER LIMITED EXTENSION OF CLOSE OF NON-EXPERT DISCOVERY, AND EXTENSION OF DEADLINE FOR DISPOSITIVE MOTIONS
CASE NO. C 03-04935 CW AND CASE NO. C 04-03180 CW