1  JOSEPH F. HART, State Bar No. 85056
   a member of
2  DONALDSON & HART
   9220 SUNSET BOULEVARD
3  SUITE 224
   LOS ANGELES, CA 90067
4  (310) 274-7157

5  Attorneys for HERBERT ENTERPRISES, LLC and
   HERBERT LIMITED PARTNERSHIP
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ELECTRONIC ARTS INC.,
                                        No. C 03-04935 CW
12        Plaintiff,
       v.                               No. C 04-03180 CW
13
   HERBERT ENTERPRISES, LLC, a Washington   STIPULATION FOR MODIFIED
14 Limited Liability Company, and HERBERT   BRIEFING SCHEDULE ON MOTIONS
   LIMITED PARTNERSHIP, a Washington        FOR SUMMARY JUDGMENT, ETC.,
15 Limited Partnership,                     TO CONTINUE HEARING ON
                                            MOTIONS, AND TO CONTINUE
16        Defendants.                       TRIAL DATE;
                                            ORDER THEREON
17

18
   HERBERT LIMITED PARTNERSHIP,
19
          Plaintiff,
20
       v.
21

22 SONY MUSIC ENTERTAINMENT, INC., et
   al.,
23        Defendants.

24

25

26

---

STIPULATION FOR MODIFIED BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT,
ETC., TO CONTINUE HEARING ON MOTIONS, AND TO CONTINUE TRIAL DATE; ORDER THEREON
CASE NO. C 03-04935 CW AND CASE NO. C 04-03180 CW

1  RECITAL:

2  Certain of the defendants in these consolidated cases have filed two separate motions for
3  summary judgment and/or summary adjudication of issues, which are both scheduled for hearing
4  on December 16, 2005. The motions were filed on November 10, 2005 and November 11, 2005.

5  The response to the motions is currently due on November 25, 2005, the day after
6  Thanksgiving.

7
8  In addition to these two motions, counsel for the Herbert Limited Partnership represents
9  that he has received a motion for summary judgment in another case, to which a response is due
10 on November 23, 2005, the day before Thanksgiving.

11 Counsel are willing to stipulate to a modified briefing schedule that permits counsel for
12 the Herbert parties to respond to the motions for summary judgment later than November 25,
13 2005; however, that cannot be accomplished without the reply briefs being filed within two
14 weeks of the hearing date on the motions.

15 In addition, the decision on the motions may affect the trial preparation of the parties, in
16 that issues may be dropped or added to their agendas in light of the court's ruling on the motions.
17 The trial is currently scheduled for February 13, 2006.

18 The parties are willing to stipulate to establish a new briefing schedule for the motions
19 for summary judgment that allows counsel for the responding party to adequately brief the issue
20 and counsel for the moving parties to have some additional time in which to file reply briefs.
21 They are also willing to stipulate to continue the trial date to allow the motion for summary
22 judgment to be heard and decided well in advance of trial, thereby maximizing the effectiveness
23 of their trial preparations.

24
25 STIPULATION:
26 IT IS HEREBY STIPULATED AND AGREED by and among Herbert Limited

1   Partnership, Electronic Arts Inc., Random House, Inc., Wal-Mart Stores, Inc., CompUSA, Inc.,
2   Electronics Boutique, Inc., Best Buy Stores, L.P., Universal City Studios LLLP, Universal
3   Studios Licensing LLLP as follows:
4       The opposition of Herbert Enterprises, LLC and Herbert Limited Partnership to the
5   pending motions for summary judgment and/or adjudication of issues shall be filed on or before
6   January 6, 2006.
7       Any reply briefs with respect to the motions for summary judgment and/or adjudication
8   shall be filed on or before January 20, 2006.
9       The hearing date on the motions shall be February 3, 2006.
10
11       Discovery shall not be reopened and the deposition of James Perry shall remain
12   scheduled for December 12, 2005. The date for counterdesignation of experts shall be
13   extended to January 11, 2006, and Electronic Arts Inc., Universal City Studios LLLP and
14   Universal Studios Licensing LLLP shall have the right to substitute a different employee/expert
15   without objection if one of the current employee/experts becomes unavailable.
16       The trial shall be continued until September 25, 2006, and the pretrial conference to
17   September 15, 2006; provided, however, that the parties by stipulation or any party by Motion
18   for Administrative Relief may within 15 days seek a different trial date and pretrial conference
19   date if necessary to accommodate the schedules of witnesses.
20   Dated: November 22, 2005        DONALDSON & HART
21                                          JOSEPH F. HART
22
23                                          By _____
24                                          Attorneys for HERBERT LIMITED PARTNERSHIP
25   //
   //
26   //

1  Dated: November 22, 2005         LAW OFFICES OF NEIL L. SHAPIRO
                                    NEIL L. SHAPIRO
2
3
                                    By /s/ Neil L. Shapiro
4                                      Attorneys for ELECTRONIC ARTS
                                    INC., SONY MUSIC ENTERTAINMENT,
5                                   INC., SONY COMPUTER
                                    ENTERTAINMENT AMERICA, INC.,
6                                   RANDOM HOUSE, INC., WAL-MART
                                    STORES, INC., COMPUSA, INC.,
7                                   ELECTRONICS BOUTIQUE, INC., and
                                    BEST BUY STORES, L.P.
8
   Dated: November __, 2005         KMZ ROSENMAN
9                                   DAVID HALBERSTADTER
                                    KRISTIN HOLLAND
10
11
                                    By_____
12                                     Attorneys for UNIVERSAL CITY
                                    STUDIOS LLLP and UNIVERSAL
13                                  STUDIOS LICENSING LLLP
14

15  **ORDER**

16     Based upon the foregoing Stipulation, IT IS SO ORDERED.

17
18  Dated: November __, 2005
                                    _____
19                                  United States District Judge

20
21
22
23
24
25
26

| | | |
|---|---|---|
| 1 | Dated: November __, 2005 | LAW OFFICES OF NEIL L. SHAPIRO |
| 2 | | NEIL L. SHAPIRO |

By_____
Attorneys for ELECTRONIC ARTS INC., SONY MUSIC ENTERTAINMENT, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., RANDOM HOUSE, INC., WAL-MART STORES, INC., COMPUSA, INC., ELECTRONICS BOUTIQUE, INC., and BEST BUY STORES, L.P.

Dated: November 22, 2005

KMZ ROSENMAN
DAVID HALBERSTADTER
KRISTIN HOLLAND

By_____
Attorneys for UNIVERSAL CITY STUDIOS LLLP and UNIVERSAL STUDIOS LICENSING LLLP

## ORDER

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: November 23, 2005

_____
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Claudia Wilken]*

4

STIPULATION FOR MODIFIED BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT, ETC.; ORDER THEREON
CASE NO. C 03-04935 CW AND CASE NO. C 04-03180 CW