LAW OFFICES OF NEIL L. SHAPIRO
NEIL L. SHAPIRO (SBN 051547)
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:  (831) 372-3700
Facsimile:    (831) 372-3701

Attorneys for ELECTRONIC ARTS INC., RANDOM
HOUSE, INC., WAL-MART STORES, INC.,
COMPUSA, INC., ELECTRONICS BOUTIQUE,
INC., and BEST BUY STORES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC ARTS INC.,

          Plaintiff,

  v.

HERBERT ENTERPRISES, LLC, a Washington
Limited Liability Company, and  HERBERT
LIMITED PARTNERSHIP, a Washington
Limited Partnership,

         Defendants.

HERBERT LIMITED PARTNERSHIP,

         Plaintiff,

  v.

SONY  MUSIC  ENTERTAINMENT,  INC., *et
al.*,

         Defendants.

No. C 03-04935 CW

No. C 04-03180 CW

**STIPULATION AND ORDER
DISMISSING CONSOLIDATED
ACTIONS WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that each of the above-captioned consolidated actions shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated:  April 27, 2006          DONALDSON & HART
JOSEPH F. HART


By____/s/_____
Attorneys for HERBERT LIMITED PARTNERSHIP


Dated:  April 28, 2006          LAW OFFICES OF NEIL L. SHAPIRO
NEIL L. SHAPIRO


By____/s/_____
Attorneys for ELECTRONIC ARTS INC., RANDOM HOUSE, INC., WAL-MART STORES, INC., COMPUSA, INC., ELECTRONICS BOUTIQUE, INC., and BEST BUY STORES, L.P.

Dated:  April 28, 2006          KMZ ROSENMAN
DAVID HALBERSTADTER
KRISTIN HOLLAND


By____/s/_____
Attorneys for UNIVERSAL CITY STUDIOS LLLP and UNIVERSAL STUDIOS LICENSING LLLP


Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated:  ~~April~~ __, 2006    May 11,     _____
United States District Judge